```
                             United States Bankruptcy Court
                                  District of Maryland
In re:                                                              Case No. 09-26639-NVA
Irwin Roland Scarff, Sr                                             Chapter 7
         Debtor                       CERTIFICATE OF NOTICE
District/off: 0416-1           User: mjohnson              Page 1 of 3              Date Rcvd: Sep 28, 2012
                               Form ID: B18                Total Noticed: 60


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2012.
db           +Irwin Roland Scarff, Sr,    1206 Watervale Road,    Fallston, MD 21047-1932
aty          +Gregory A. Szoka,    Stark and Keenan,    30 Office Street,    Bel Air, MD 21014-3704
aty          +Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.,     One South Street, 27th Floor,
               Baltimore, MD 21202-3282
cr           +Estate of Juanita Irwin Scarff,    c/o Mehlman, Greenblatt & Hare, LLC,    723 South Charles Street,
               Suite LL3,    Baltimore, MD 21230-3853
cr           +Farrell D. Whiteford,    c/o Gregory A. Szoka, Esquire,    Stark and Keenan, P.A.,
               30 Office Street,    Bel Air, MD 21014-3704
cr           +George F Grimmel,    c/o H. Wayne Norman, Jr.,    808 S. Main Street,    Bel Air, MD 21014-4112
cr           +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,     BWW Law Group, LLC,    4520 East West Highway,
               Suite 200,    Bethesda, MD 20814-3382
cr           +JPMorgan Chase Bank, N.A.,    c/o Bierman, Geesing, Ward & Wood, LLC,    4520 East West Highway,
               Suite 200,    Bethesda, MD 20814-3382
cr           +Joan Ryder,    c/o Carolyn Evans, Esquire,    Sengstacke & Evans, LLC,    112 S. Main Street,
               Suite 101,    Bel Air, MD 21014-3861
cr           +John G. Ball,    c/o H. Wayne Norman, Jr.,    808 S. Main Street,    Bel Air, MD 21014-4112
br            McDaniel Yacht Basin, Inc.,    15 Grandview Ave.,    P.O. Box E,    North East, MD 21901-0286
cr           +Rolando Buitron,    c/o Carolyn W. Evans, Esquire,    Sengstacke & Evans, LLC,    112 S. Main Street,
               Suite 101,    Bel Air, MD 21014-3861
25433334     +A. Bright Idea,    t/a A. Bright Idea,    208-210 Archer Street,    Bel Air, MD 21014-3654
25433337     +American Radiology Associates, P.A.,     P.O. Box 17513,    Baltimore, MD 21297-7513
25433349    #+Bill & Gloria Davis,    2603 Greene Road,    Baldwin, MD 21013-9116
25433332     +Brethen Mutual Insurance Company,    149 N. Edgewood Dr,    Hagerstown, MD 21740-6599
25433344     +CST Co. Inc.,    CST Bldg.,    c/o Advertising Specialty Inst.,    P.O. Box 33127,
               Louisville, KY 40232-3127
25433341     +Clyde Hall,    2030 Castleton,    Darlington, MD 21034-1124
25433343     +CoStar Realty Information Inc.,    2 Bethesda Metro Center,    10th Floor,
               Bethesda, MD 20814-6319
25433375     +Comptroller of the Treasury,    Compliance Division, Room 409,    301 W. Preston Street,
               Baltimore, MD 21201-2305
25433342     +Comptroller of the Treasury,    Compliance Division,    301 West Preston,    Room 409,
               Baltimore, MD 21201-2396
25433345     +David M. Cromwell, M.D., P.A.,    10751 Falls Road,    Suite 401,    Lutherville, MD 21093-4568
25519635     +Department of Revenue Collections,    220 S Main Street, 1st Floor,    Bel Air MD 21014-3820
25433331     +Estate of Juanita Scarff,    c/o John J. Gessner, Esquire,
               Gessner, Snee, Mahoney & Lutche, P.A.,    11 South Main Street,    Bel Air, Maryland 21014-3702
25433346     +Farrell D. and Donna Whiteford,    c/o Greg Szoka, Esquire,    Stark and Keenan, P.A.,
               30 Office Street,    Bel Air, MD 21014-3704
25433347     +Gary Lynch,    2217 Commerce Road,    Suite 1,    Forest Hill, MD 21050-2565
25433348     +George Grimmel,    808 South Main Street,    Bel Air, MD 21014-4112
25433378     +Harford County, Maryland,    Department of Law,    220 South Main Street,    Bel Air, MD 21014-3820
25433353     +HomeBuyer's Journal,    Osborne Publications, Inc.,    9169 Arbuckle Drive,
               Gaithersburg, MD 20877-1428
25577412      Joan Ryder,    1205 Watervale Road,    Fallston, MD 21047-1931
25433356     +John G. Ball, Jr.,    c/o H. Wayne Norman, Jr.,    808 S. Main Street,    Bel Air, MD 21014-4112
25433333      Kerry Hochstein,    3144 Deths Ford Road,    Darlington, MD 21034-1719
25433357     +Lasting Impressions Design, LLC,    1802 Wildflower Court,    Bel Air, MD 21015-2028
25433352      Marvin Scoggins,    70l Frans Drive,    Abington, Maryland 21009
25433359      Mary Lou Scoggins,    70l Frans Drive,    Abingdon, MD 21009
25433360     +McComas Funeral Home,    1317 Cokesbury Road,    Abingdon, MD 21009-1245
25433361     +Michael Reinsfelder,    1206 Watervale Road,    Fallston, MD 21047-1932
25433362     +Mitchell Kerr,    1206 Watervale Road,    Fallston, MD 21047-1932
25433363     +Neuberger, Quinn, Gielen, Rubin,    One South Street,    27th Floor,    Baltimore, MD 21202-3282
25433365     +Phillip A. Miller,    1105 Janice Court,    Joppa, MD 21085-1114
25433367     +Rolando Buitron,    1205 Watervale Road,    Fallston, MD 21047-1931
25433368     +Rolando Buitron and Joan Ryder,    1205 Watervale Road,    Fallston, MD 21047-1931
25433369      Roy R. Hutchins,    3631 Griernursery Road,    Street, MD 21154-1332
25433370     +Scarff Realty, P.A.,    c/o Irwin R. Scarff, Sr.,    223-H Brierhill Drive,
               Bel Air, MD 21015-4948
25433379     +Secretary of the Treasury,    15 & Pennsylvania Avenue,    Washington, DC 20220-0001
25433366     +Stark and Keenan, P.A.,    30 Office Street,    Bel Air, MD 21014-3704
25433377     +State of Maryland DLLR,    Division of Unemployment Insurance,    1100 N. Eutaw Street, Room 401,
               Baltimore, MD 21201-2201
25433380     +U.S. Attorney-District of MD,    4th floor,    36 S. Charles St.,    Baltimore, MD 21201-3119
25433371     +Walter G. Coale, Inc.,    P.O. Box 39,    Churchville, MD 21028-0039
25433372     +WatsonGAS, Inc.,    32126 Greta Road,    P.O. Box 129,    Atlantic, VA 23303-0129
27626666    #+William Davis,    2603 Greene Rd.,    Baldwin, MD 21013-9116
25583029     +Yellow Book Sales and Distribution, Inc.,    c/o RMS Bankruptcy Recovery,    Services (HB),
               P.O. box 5126,    Timonium, Maryland 21094-5126
25433374     +Yellow Book USA (Mid-Atlantic),    1840 York Road,    Suite M,    Timonium, MD 21093-5121
```

```
District/off: 0416-1          User: mjohnson              Page 2 of 3                  Date Rcvd: Sep 28, 2012
                              Form ID: B18                Total Noticed: 60
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
25433335     +EDI: AFNIRECOVERY.COM Sep 28 2012 19:38:00     AFNI, Inc.,    P.O. Box 3097,
               Bloomington, IL 61702-3097
27530005     +E-mail/Text: bankruptcy@cavps.com Sep 28 2012 19:38:41      Cavalry Portfolio Services, LLC,
               500 Summit Lake Drive Suite 400,   Valhalla, NY 10595-2322
25433339     +EDI: CHASE.COM Sep 28 2012 19:38:00     Chase Bank,    JPMorgan Chase Bank, N.A.,
               7255 Baymeadows Way,   Jacksonville, FL 32256-6851
25433381      EDI: IRS.COM Sep 28 2012 19:38:00     Internal Revenue Service,    Centralized Insolvency Section,
               PO Box 21126 (DP-N-781),   Philadelphia, PA 19114
25433355      EDI: IRS.COM Sep 28 2012 19:38:00     Internal Revenue Service,    P.O. Box 21126,
               Philadelphia, PA  19114
25621584     +EDI: CHASE.COM Sep 28 2012 19:38:00     JPMorgan Chase Bank, National Association,
               7255 Baymeadows Way,   Jacksonville, FL 32256-6851
25433376      E-mail/Text: AtlReorg@sec.gov Sep 28 2012 19:37:56      Branch of Reorganization,
               Sec. & Exch. Commission,   3475 Lenox Road NE (Suite 1000),    Atlanta, GA 30327-1232
                                                                                             TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
25433358      Marcus Santoro,   INSUFFICIENET ADDRESS
25433336      United Radiology,    INVALID ADDRESS PROVIDED
25433373      WebIXI, Inc.,   INSUFFICIENT ADDRESS
25433350*    +George Grimmel,    808 South Main Street,    Bel Air, MD 21014-4112
25577364*     Rolando Buitron,    1205 Watervale Road,   Fallston, MD  21047-1931
25433338    ##Charter Communications,    P.O. Box 348,   Suffolk, VA 23439-0348
25433340    ##+Chesapeake Rent All,    210 N. Stokes Street,    Havre De Grace, MD 21078-2921
25433351    ##+Harford County Farm Fair,    P.O. Box 22,   Bel Air, MD 21014-0022
25433354    ##+Harford Sanitation Services, Inc.,    440 Franklin Street,   Bel Air, MD 21014-2929
25433364    ##+Ocwen Loan Servicing, LLC,    12650 Ingenuity Drive,   Orlando, Florida 32826-2703
                                                                                   TOTALS: 3, * 2, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 30, 2012**                          **Signature:**   _Joseph Speetjens_

```
District/off: 0416-1          User: mjohnson              Page 3 of 3                  Date Rcvd: Sep 28, 2012
                              Form ID: B18                Total Noticed: 60
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2012 at the address(es) listed below:

```
              Adam M Lynn    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               Adam.Lynn@bww-law.com,    Adam.Lynn@bww-law.com
              Carolyn W. Evans    on behalf of Creditor Joan Ryder    cevans321@aol.com
              Christina M. Williamson    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               christina.williamson@bww-law.com,    bankruptcy@bww-law.com
              Constance M. Hare    on behalf of Creditor   Estate of Juanita Irwin Scarff    cmhare@mehl-green.com,
               grgreen@mehl-green.com
              Deborah H. Devan    on behalf of Debtor Irwin Scarff    dhd@nqgrg.com
              Howard Wayne Norman    on behalf of Creditor George Grimmel    hwnpa@verizon.net
              Hugh M.  (UST) Bernstein    on behalf of U.S. Trustee   US Trustee - Baltimore
               hugh.m.bernstein@usdoj.gov
              Kevin R. ^t^2Feig    on behalf of Creditor   JPMorgan Chase Bank, N.A.    kevin.feig@bgw-llc.com,
               bankruptcy@bgw-llc.com,Liam.Gannon@bgw-llc.com
              Kevin R. ^t^4Feig    on behalf of Creditor   JPMorgan Chase Bank, N.A.    kevin.feig@bgw-llc.com,
               bankruptcy@bgw-llc.com
              Kevin R. ^t^6Feig    on behalf of Creditor   JPMorgan Chase Bank, N.A.    kevin.feig@bgw-llc.com,
               bankruptcy@bgw-llc.com
              Mark A. (UST) ^4Neal    on behalf of U.S. Trustee   US Trustee - Baltimore
               susan.balderson@usdoj.gov
              Michael G Rinn    rinnoffice@rinn-law.com,    md08@ecfcbis.com
                                                                                             TOTAL: 12
```

Entered: September 28, 2012
Signed:  September 28, 2012

**SO ORDERED**



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

**Case No.:**   09−26639 − NVA     **Chapter:**   7

**In re:**  Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Irwin Roland Scarff Sr
*debtor has no known aliases*
1206 Watervale Road
Fallston, MD 21047

Social Security / Individual Taxpayer ID No.:
xxx−xx−4202

Employer Tax ID / Other nos.:

## ORDER GRANTING
## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

ORDERED, that the debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**B18 –** *mjohnson*

**End of Order**

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**B18** – *mjohnson*